# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
## DEPOSIT OF UNCLAIMED FUNDS

| In re:                 | CHAPTER # 7           |
|------------------------|-----------------------|
| JAMIE LEE KINDRED      | CASE NO. 09-30725     |
| Debtor.                |                       |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

__X__ A  The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

_____ B  The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

**CREDITOR & ADDRESS (last known)**             **CHECK AMOUNT**
Express Recovery                                  $52.34
3782 West 2340 South
Salt Lake City, UT 84120

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$52.34** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 17th day of August, 2011.

/s/
Steven R. Bailey, Trustee

AUG 2 5 2011